

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VALLEY FORGE, INC. | § | No. 08-22-00084-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| CK CONSTRUCTION, INC. | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2021DCV3705) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order granting summary judgment on CK's claim for breach of contract and for the enforcement of its lien and we reverse the trial court's award of attorney's fees and costs. We remand the matter to the trial court further proceedings in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF MAY, 2023.


LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.